Ian Ross, WY No. 8-7571
Iris Halpern, CO No. 53112*
Stephanie Wise, CO No. 60626*
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
ir@rmlawyers.com
ih@rmlawyers.com
sw@rmlawyers.com

*Attorneys for Plaintiff*

* *Admission Pro Hac Vice Pending*

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| ERIN WOLFLEY, an individual, | ) | |
| v. | ) | Case No. 26-cv-00324 |
| | ) | |
| Defendants, | ) | |
| | ) | |
| CONVERSE COUNTY, a municipality; | ) | |
| CONVERSE COUNTY LIBRARY SYSTEM; | ) | |
| CONVERSE COUNTY LIBRARY BOARD OF TRUSTEES; | ) | |
| MARY LIN MANER, in her individual capacity. | ) | |

---

**AFFIDAVIT REGARDING MOTION FOR ADMISSION OF COUNSEL TO APPEAR *PRO HAC VICE***

---

Under oath and duly sworn, the undersigned states as follows:

1. I am Stephanie Wise of the law firm of RATHOD | MOHAMEDBHAI LLC, 2701 Lawrence Street, Denver, Colorado 80205. My telephone number is (303) 578-4400 and my email address is sw@rmlawyers.com. I am seeking admission *pro hac vice* for the above referenced matter.

2. I have been admitted to the bar of the following jurisdictions and courts:

   a. Colorado (2024);

   b. United States District Court for the District of Colorado (2024).

3. I have no pending disciplinary proceedings, nor do I have any past public sanctions.

4. I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5. I acknowledge that local counsel, Ian Ross, is required to be fully prepared to represent the client at any time, in any capacity.

6. I acknowledge that I will submit to and be subject to disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in this proceeding.

I respectfully request that I be admitted to practice before this Court for the purpose of this case only.

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration is executed on October 20, 2026, at Denver, Colorado.

*/s/ Stephanie Wise*
Stephanie Wise
RATHOD | MOHAMEDBHAI, LLC
2701 Lawrence Street
Denver, CO 80205
Phone: (303) 578-4400 | Fax: (303) 578-4401
sw@rmlawyers.com